IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA SOTTOSANTI-MACK, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 15-3255 |
| JOHN F. REINHART and EASTON AREA SCHOOL DISTRICT, | |
| Defendants. | |

## ORDER

**AND NOW**, this 28th day of March, 2016, upon consideration of the Motion to Dismiss Plaintiff's Complaint (Dkt. No. 3), which motion was filed by defendants on June 17, 2015; upon consideration of Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (Dkt. No. 4) filed August 12, 2015; upon consideration of the Reply Brief in Support of Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. No. 7) filed on August 26, 2015; upon consideration of the Plaintiff's Brief Contra Defendants' Reply Brief Concerning Motion to Dismiss Plaintiff's Complaint (Dkt. No. 10) filed on September 8, 2015; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that defendants' motion to dismiss is **GRANTED** in part and **DENIED** in part as follows:

1. The motion to dismiss is **GRANTED** as to Count III of the Complaint.

2. The motion to dismiss is **DENIED** in all other respects, without prejudice to Defendants to raise the arguments therein in a motion for summary judgment after discovery has concluded.

**IT IS FURTHER ORDERED** that the Defendants shall have fourteen (14) days from the date of this Order to file an answer to the Complaint.

BY THE COURT:

  /s/ Henry S. Perkin
HENRY S. PERKIN,
United States Magistrate Judge